UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACNAV S.A.,

           Plaintiff,

- against -

EFFIE BUSINESS CORP., ET AL.,

           Defendants.

06 Civ. 13512 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to report on the status of this case and on its efforts to obtain information on the nature of the defendant's funds that have been restrained by **February 26, 2010**.

SO ORDERED.

Dated:   New York, New York
       February 20, 2010

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10